No. 659. GEORGE E. BABCOCK ET AL., PETITIONERS, *v.* ANNA M. DeMOTT ET AL. January 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Milton Brown* for petitioners. No appearance for respondents.

———

No. 664. J. N. BEAN ET AL., PETITIONERS, *v.* W. A. MORRIS ET AL. January 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas J. Walsh* for petitioner. *Mr. N. W. McConnell, Mr. Andrew Wilson* and *Mr. Noel W. Barksdale* for respondents.

———

No. 675. WILLIAM CROZIER, PETITIONER, *v.* FRIED KRUPP AKTIENGESELLSCHAFT. January 25, 1909. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. William A. Jenner* for respondent.

———

No. 683. JOSEPH N. CARPENTER ET AL., PETITIONERS, *v.* DAVID J. WINN. January 25, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. John R. Abney* for petitioners. *Mr. John W. Boothby* for respondent.